■ DOREAN KJAR et al., Respondents, v DAVID A. JORDAN et al., Defendants, and SAMUEL D. JORDAN, Appellant. (Appeal No. 2.) [630 NYS2d 957] —Order insofar as appealed from unanimously reversed on the law without costs, motion granted and fifth and seventh causes of action dismissed. Same Memorandum as in *Kjar v Jordan* (217 AD2d 981 [decided herewith]). (Appeal from Order of Supreme Court, Yates County, Falvey, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Doerr, Balio and Boehm, JJ.